IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SYKES | : |
|  | : CIVIL ACTION NO. 02-CV-3361 |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| BAYER CORPORATION; | : ENTRY OF APPEARANCE |
| BAYER AG; | : |
| GLAXOSMITHKLINE, PLC; | : |
| GLAXOSMITHKLINE; | : |
| SMITHKLINE BEECHAM | : |
|  | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____        _____
Hope S. Freiwald                                       Aline Fairweather


_____        _____
Erin Brennan                                             Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000